# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY OKEAKPU,<br><br>　　　　Defendant. | 2:17-cr-00306-JCM-VCF<br>**ORDER** |

Before the court is the *United States of America v. Anthony Okeakpu*, case number 2:17-cr-00306-JCM-VCF.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, September 26, 2019, in Courtroom 3D.

IT IS FURTHER ORDERED that Dustin R. Marcello, Esq. and Liborius I. Agwara, Esq. are both present in person at the scheduled hearing.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 18th day of September, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE