# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY OKEAKPU, <br><br> Defendant. | 2:17-cr-00306-JCM-VCF <br><br> **ORDER** |

Before the court is Defendant's Motion for a More Definitive Statement (ECF NO. 599).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's Motion for a More Definitive Statement (ECF NO. 599) is scheduled for 11:00 AM, October 30, 2019, in Courtroom 3D.

DATED this 17th day of October, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE