**STIP**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-306-JCM-VCF-22 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING (First Request)** |
| ANTHONY OKEAKPU, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant ANTHONY OKEAKPU by and through his counsel, ADAM GILL, ESQ., of AISEN, GILL & ASSOCIATES, and the United States of America, by its counsel, CHAD MCHENRY, ESQ., Trial Attorney for the Department of Justice, that the Sentencing in the above-captioned matter currently set for May 21, 2021 at 10:30 a.m. be continued to at least 30 days.

This stipulation is entered for the following reasons:

1. Counsel for the Defendant needs additional time to confer with the Defendant and submit sentencing memorandum materials.

2. Mr. Gill has spoken to Mr. McHenry, and Mr. McHenry has indicated that he has no objection to this continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. In addition, the continuance sought is not for delay and the ends of justice are in fact

served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on May 21, 2021.

DATED this 19th day of May, 2021.

<u>/s/ Adam L. Gill</u>
Adam L. Gill, Esq.
Counsel for Defendant
Anthony Okeakpu

<u>/s/ Chad McHenry</u>
Chad McHenry, Esq.
Attorney for the United States
Trial Attorney for the Department of Justice

AISEN, GILL, & ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101

**FOF**
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-306-JCM-VCF-22 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING (First Request)** |
| ANTHONY OKEAKPU, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Counsel for the Defendant needs additional time to confer with the Defendant and submit sentencing memorandum materials.

2. Mr. Gill has spoken to Mr. McHenry, and Mr. McHenry has indicated that he has no objection to this continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on May 21, 2021.

///

///

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for May 21, 2021, at the hour of 10:30 a.m., be vacated and continued to July 16, 2021, at the hour of 11:00 AM.

Dated May 19, 2021.

_____
UNITED STATES DISTRICT JUDGE

AISEN, GILL, & ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101